

sw/USAO#2017R00763

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. RDB-17-0568 |
| | * | |
| v. | * | (Interference with Commerce Through Robbery, 18 U.S.C. §1951;   Use and Brandish of a Firearm   During a Crime of Violence; 18 U.S.C. §924(c)) |
| KEYON HAWKINS, | * | |
| Defendant | * | |

*****

## INFORMATION

### COUNT ONE
(Interference with Commerce through Robbery)

The Acting United States Attorney for the District of Maryland charges that:

On or about October 12, 2015, in the District of Maryland, the defendant,

**KEYON HAWKINS,**

did knowingly and intentionally obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, to wit, **HAWKINS** robbed a person of marijuana.

18 U.S.C. § 1951
18 U.S.C. § 2

## COUNT TWO
### (Brandishing of a Firearm during and in Relation to a Crime of Violence)

The Acting United States Attorney for the District of Maryland further charges that:

On or about October 12, 2015, in the District of Maryland, the defendant,

**KEYON HAWKINS,**

did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Interference with Commerce through Robbery, in violation of Title 18, United States Code, Section 1951, as set forth in Count One of this Information

18 U.S.C. § 924(c)
18 U.S.C. § 2

_____
Stephen M. Schenning
Acting United States Attorney

Date: October 25, 2017